**No. 62836.**—Joseph H. Reinfeld, Inc., et al. *v.* United States, protests 326959–K, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protests were sustained to this extent.

**No. 62837.**—Indestructible Pearl Bead Makers, Inc. *v.* United States, protest 311493–K (New York).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the porcelain tea sets involved herein were accompanied by a tray and were of the same type and nature as those involved in *B. Shackman & Co. et al.* v. *United States* (28 Cust. Ct. 298, C.D. 1426), the claim of the plaintiff was sustained as to the merchandise identified in the papers as item number 7009 and by the invoice number 1284/96.

**No. 62838.**—Alonzo Lafayette Farnsworth *v.* United States, protests 326401–K, etc. (Nogales).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wood charcoal briquettes similar in all material respects to those the subject of *Britton & Company* v. *United States* (41 Cust. Ct. 64, C.D. 2021), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MARCH 12, 1959

**No. 62839.**—Burleigh Brooks, Inc., et al. *v.* United States, protests 307518–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of photographic lenses similar in all material respects to those the subject of Abstract 61631, the claim of the plaintiffs was sustained.